IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY, | CV 26-25-M-KLD |
| Plaintiff, | ORDER |
| vs. | |
| CONTROLLED KAOS PROMOTIONS LLC, RYAN PFLUG, PAULSON PALMER, individually, and JAMIE PALMER, individually and as parents and natural guardians of their minor children, | |
| Defendants. | |

Plaintiff United States Liability Insurance Company (USLI) has filed a motion for entry of default against two above-named defendants: (1) Defendant Controlled Kaos Promotions LLC; and (2) Defendant Ryan Pflug. (Doc. 12). Pursuant to Federal Rule of Civil Procedure 55(a), USLI has shown by affidavit in the above-entitled action that summonses, and the complaint have been served upon both parties. (Docs. 3–4). Both Pflug and Controlled Kaos Promotions had until April 5, 2026, within which to file an answer or otherwise appear. *See* Fed. R. Civ. P. 12(a)(1)(A). Both parties have failed to plead or otherwise defend in this case, as directed in the summonses and as provided in the Federal Rules of Civil

1

Procedure. Accordingly,

IT IS ORDERED that the Clerk shall enter default pursuant to Rule 55(a) as to

Defendant Controlled Kaos Promotions LLC and Defendant Ryan Pflug.

DATED this 2nd day of June, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge